IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

## Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:11-CV-1898-L

2. Style of case: Paragon Office Services, LLC, et al. v. Aetna Inc., et al.

3. Nature of suit: Contract Dispute

4. Method of ADR used: ✓ Mediation    Mini-Trial    Summary Jury Trial

5. Date ADR session was held: October 11, 2016 (Plus other meetings and discussions)

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services.    ☐ Settled, in part, as a result of ADR.

   ✓ Settled as a result of ADR.    ☐ Parties were unable to reach settlement.

   ☐ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services).*

7. What was your TOTAL fee: $4,200

8. Duration of ADR: One day (plus)    (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   For Plaintiffs:  Neal Fisher, M.D.
   Vicki White

   For Defendants:  Karen Chotiner

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

   John DeGroote
   Digitally signed by John DeGroote
   DN: cn=John DeGroote, o, ou, email=jd@johndegroote.com, c=US
   Date: 2016.10.19 09:35:26 -06'00'

   Signature                                                                October 19, 2016
                                                                            Date

   DeGroote Partners, LLC | 501 S 2nd Avenue A-700, Dallas | 75226          214-887-3484
   Address                                                                  Telephone

# Alternative Dispute Resolution Summary
*Continued*

**Please provide the names, addresses, and telephone numbers of counsel:**

Name: M. Katherine Strahan, Esq.
Firm: Andrews Kurth Kenyon LLP
Address: 600 Travis Street, Suite 4200
Houston, Texas 77002
Phone: 713-220-4125

Name: Martin E. Rose, Esq.
Firm: Rose • Walker, L.L.P.
Address: 3500 Maple Avenue, Suite 1200
Dallas, Texas 75219
Phone: 214-752-8600

Name: Laura M. Trenaman, Esq.
Firm: Andrews Kurth Kenyon LLP
Address: 600 Travis Street, Suite 4200
Houston, Texas 77002
Phone: 713-220-4783

Name: Leighton Durham, Esq.
Firm: Kelly, Durham & Pittard, L.L.P.
Address: 601 Haines Avenue
Dallas, Texas 75208
Phone: 214-946-8000

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone:

Name:
Firm:
Address:
Phone: