IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PARAGON OFFICE SERVICES, LLC; OFFICE SURGERY SUPPORT SERVICES, LLC; PARAGON AMBULATORY PHYSICIAN SERVICES, P.A.; and AMBULATORY HEALTH SYSTEMS, LLC<br><br>   Plaintiffs,<br>v.<br><br>AETNA HEALTH INC. and AETNA LIFE INSURANCE COMPANY<br><br>   Defendants. | § § § § § § § § § § § § § § § | Civil Action No. 3:11-cv-1898-L |

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS
WITH PREJUDICE UNDER RULE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties—Plaintiffs Paragon Office Services, LLC, Office Surgery Support Services, LLC, Paragon Ambulatory Physician Services, P.A., and Ambulatory Health Systems, LLC; Defendants Aetna Health Inc. and Aetna Life Insurance Company; and Third-Party Defendants Paragon Anesthesia Associates, P.A. and Dr. Neal Fisher—hereby stipulate to the dismissal *with prejudice* of all their respective claims and causes of action asserted in this action. In support, the Parties would show that they no longer wish to pursue their respective claims and causes of action, and that all Parties have signed this Stipulation, thereby dismissing this action under Rule 41(a)(1)(A).

Respectfully submitted,

*s/F. Leighton Durham III**
MARTIN E. ROSE
Texas State Bar No. 17253100
BRYAN P. ROSE
Texas State Bar No. 24044704
ROSE WALKER, L.L.P.
3500 Maple Avenue, Suite 1200
Dallas, Texas 75219
Telephone: (214) 752-8600
Facsimile: (214) 752-8700
mrose@rosewalker.com
brose@rosewalker.com

and

F. LEIGHTON DURHAM III
State Bar No. 24012569
KELLY, DURHAM & PITTARD, LLP
P. O. Box 224626
Dallas, Texas 75222
Telephone: (214) 946-8000
Facsimile: (214) 946-8433
ldurham@texasappeals.com

ATTORNEYS FOR PLAINTIFFS
AND THIRD-PARTY DEFENDANTS

*signed by permission by Laura Trenaman*

OF COUNSEL:
ANDREWS KURTH KENYON LLP
  and
M. KATHERINE STRAHAN
State Bar No. 24013584
*kstrahan@andrewskurth.com*
LAURA TRENAMAN
State Bar No. 00798553
*ltrenaman@andrewskurth.com*
COURTNEY B. GLASER
State Bar No. 24059824
*cglaser@andrewskurth.com*
  and
MARK A. SHOFFNER
State Bar No. 24037490
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Telecopier: (214) 659-4401
*markshoffner@andrewskurth.com*

*s/M. Katherine Strahan*
JOHN B. SHELY
State Bar No. 18215300
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4105
Telecopier: (713) 220-4285
*jshely@andrewskurth.com*

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

  On October 24, 2016, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who are known "Filing Users:"

  Martin E. Rose
  Bryan P. Rose
  F. Leighton Durham III

             *s/M. Katherine Strahan*
             M. Katherine Strahan